**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1297**

———————

YAN HE,

                    Petitioner,

          v.

ERIC H. HOLDER, JR., Attorney General,

                    Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————

Submitted: November 18, 2013      Decided: December 4, 2013

———————

Before GREGORY, DUNCAN, and WYNN, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Thomas V. Massucci, LAW OFFICE OF THOMAS V. MASSUCCI, New York, New York, for Petitioner. Stuart F. Delery, Assistant Attorney General, Erica B. Miles, Senior Litigation Counsel, Jesse Lloyd Busen, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yan He, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing her appeal from the Immigration Judge's decision denying her requests for asylum and withholding of removal. We have thoroughly reviewed the record, including the evidence relevant to country conditions in China, the transcript of He's merits hearing, and He's supporting affidavit and exhibits. We conclude that the record evidence does not compel a ruling contrary to any of the administrative factual findings, see 8 U.S.C § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision. See INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: He (B.I.A. Feb. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED